*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
   Kia Venay Hutchinson                       )          Case No. 26–12819–amc
   aka Kia Venay Wyche                          )
                                                )
   Debtor(s).                                   )          Chapter: 13
                                                )
                                                )

## Order Requiring Documents

      **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

      It is hereby ORDERED that:

      1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Means Test Calculation 122C–2 Due 7/15/26
      Plan Due 7/15/26
      Schedules A/B Due 7/15/26
      Schedules C Due 7/15/26
      Schedules D Due 7/15/26
      Schedules E/F Due 7/15/26
      Schedules G Due 7/15/26
      Schedules H Due 7/15/26
      Schedules I Due 7/15/26
      Schedules J Due 7/15/26
      Statement of Attorney Compensation Due 7/15/26
      Statement of Current Monthly Income (122C–1) Due 7/15/26
      Statement of Financial Affairs Due 7/15/26
      Summary of Assets and Liabilities Due 7/15/26

      2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: July 2, 2026                                   By the Court

                                       Ashely M. Chan
                                       Chief Judge, United States Bankruptcy Court