

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Kia Venay Hutchinson,

                Debtor.

Case No. 26-12819-amc

Chapter 13

### Debtor's Motion to Transfer Case

**AND NOW**, Debtor Kia Venay Hutchinson, through her attorney, moves this Court as follows:

1.      The Debtor filed a petition for relief under chapter 13 on July 1, 2026.

2.      On June 27, 2024, the Debtor's spouse, Barry W. Wyche, filed an individual petition for relief under chapter 13, which was docketed as case no. 24-12221-pmm and randomly assigned to the Philadelphia Division calendar of Judge Patricia M. Mayer.

3.      Bankruptcy cases involving affiliated or related debtors are typically heard by the same judge. *See, e.g.*, Order Transferring Case, *In re Thevar*, No. 25-14741 (Bankr. E.D. Pa. Nov. 24, 2025), ECF No. 10; E.D.N.Y. Local Bankr. R. 1073-2(a).

4.      The two cases at issue here likely involve many of the same creditors, assets, and questions of law and fact, especially with respect to each debtor's household budget.

5.      The Debtor respectfully suggests that this case should be re-assigned to Judge Mayer in the interest of judicial economy and consistent administration of justice.

**FOR THOSE REASONS,** the Debtor suggests that the Court grant relief in the form of order attached, and further in her favor if necessary and proper under the law.

Date: July 3, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    923 Haddonfield Road, Suite 336
    Cherry Hill, NJ 08002
    609-808-3300
    mike@assad.law