# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

       Kia Venay Hutchinson,

                Debtor.

Case No. 26-12819-~~pmm~~ amc

Chapter 13

## Order Transferring Case

**AND NOW**, upon consideration of the Motion to Transfer Case filed by Debtor Kia Venay Hutchinson, and for good cause shown, it is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Clerk shall transfer this case to the Philadelphia Division calendar of Judge Patricia M. Mayer.

Date:  July 8, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge