## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

        Kia Venay Hutchinson,

              Debtor.

Case No. 26-12819-pmm

Chapter 13

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Kia Venay Hutchinson, through her attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1); and Local Bankr. R. 9014-2(a)(4) and (a)(14).

1.      The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on July 1, 2026.

2.      This case was filed in an emergency to prevent the sale of a repossessed vehicle.

3.      Because this case was filed on an emergent basis, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition because the Debtor did not have adequate time to gather the documents and information necessary for her attorney to prepare them.

4.      The Court ordered that the Schedules be filed on or before Wednesday, July 15, 2026.

5.      The Debtor has since provided to her attorney all documents and information necessary to prepare the Schedules.

6.    However, the Debtor's attorney needs additional time to prepare the Schedules with appropriate diligence due to scheduling conflicts and other previous engagements prior to the deadline.

7.    The Debtor requests that the Court extend the deadline through and including Wednesday, July 29, 2026.

8.    The Debtor does not anticipate a need for additional extensions and will strive to file the Schedules prior to the extended deadline.

9.    The Debtor has filed a plan and intends to make her first trustee payment in a timely manner.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 11, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: _____
    Michael I. Assad (#330937)
    923 Haddonfield Road, Suite 336
    Cherry Hill, NJ 08002
    609-808-3300
    mike@assad.law

**Certification of Service**

I certify that on this date I caused this motion to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: July 11, 2026    _____
                       Michael I. Assad

2