United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 26-12819-pmm

    Kia Venay Hutchinson,                          Chapter 13

                Debtor.

**Order Extending Time to File Schedules, Statements, and Other Documents**

    **AND NOW**, upon consideration of the *Motion to Extend Time to File Schedules, Statements, and Other Documents* filed by Debtor Kia Venay Hutchinson, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before Wednesday, July 29, 2026.

3.    This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

4.    Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.

Date: _____

                          _____
                          Patricia M. Mayer
                          U.S. Bankruptcy Judge