United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Kia Venay Hutchinson

     Debtor

Case No. 26-12819-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Kia Venay Hutchinson, 4017 Maywood St, Philadelphia, PA 19124-5331 |
| 15160595 | # | Barry W. Wyche, 4017 Maywood St, Philadelphia, PA 19124-5331 |
| 15160603 | | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd St Ste 200, Harrisburg, PA 17101-1715 |
| 15160604 | | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15160609 | | Edfinancial Services, Attn: Bankruptcy, 1271 Market St, Dayton, TN 37321-1262 |
| 15160619 | | PA E-ZPass, Attn: Bankruptcy, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 15160621 | + | Rosecompany, 200 Broadway, New York, NY 10038-2595 |
| 15160624 | | The General Insurance Co., Attn: Bankruptcy, 26 Century Blvd Ste 100, Nashville, TN 37214-3698 |
| 15160625 | | U.S. Attorney's Office (EDPA), Attn: Civil Process Clerk, 615 Chestnut St # 12, Philadelphia, PA 19106-4404 |
| 15160629 | + | Winn Rental, 200 Broadway, New York, NY 10038-2595 |
| 15160630 | + | Wisdom Financial, 277 Northern Blvd, Great Neck, NY 11021-4705 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 10 2026 01:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2026 01:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 01:17:57 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 01:17:19 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15160594 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2026 01:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15160596 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 10 2026 01:04:00 | Bridgecrest Acceptance Corp, Chief Legal Officer, PO Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 15160985 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 01:17:44 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15160599 | | Email/Text: megan.harper@phila.gov | Jul 10 2026 01:04:00 | City of Philadelphia, Law Department, Attn: Bankruptcy, 1515 Arch St Fl 15, Philadelphia, PA 19102-1504 |
| 15160600 | | Email/Text: bankruptcy@philapark.org | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 09, 2026 | Form ID: pdf900 | Total Noticed: 44

| | | | |
|---|---|---|---|
| | | Jul 10 2026 01:04:00 | CIty of Philadelphia, Parking Violations Branch, Attn: Bankruptcy, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15160605 | Email/Text: cfcbackoffice@contfinco.com | Jul 10 2026 01:04:00 | Continental Finance Company LLC, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 15160597 | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 10 2026 01:17:57 | Capital One Auto Finance, Chief Legal Officer, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15161575 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2026 01:17:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15160598 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2026 01:17:16 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 15160601 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2026 01:04:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 15160602 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2026 01:04:00 | Commonwealth of Pennsylvania, Department of Revenue, Attn: Bankruptcy, Department 280946, Harrisburg, PA 17128-0001 |
| 15160606 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 10 2026 01:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15160607 | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2026 01:17:57 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15160608 | Email/Text: backoffice.us@deferit.com | Jul 10 2026 01:04:00 | Deferit Inc., Attn: Bankruptcy, 11 Park Pl, New York, NY 10007-2801 |
| 15160610 | Email/Text: exeter@ebn.phinsolutions.com | Jul 10 2026 01:04:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 15160611 | Email/Text: famc-bk@1stassociates.com | Jul 10 2026 01:04:00 | First Access Card, Attn: Bankruptcy, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 15160612 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 10 2026 01:17:41 | First Premier Bank, Attn: Bankruptcy, 3401 S Kiwanis Ave, Sioux Falls, SD 57105-4213 |
| 15160613 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2026 01:04:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15160614 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2026 01:04:00 | Jefferson Capital LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15160615 | Email/Text: LibertySOP@cscglobal.com | Jul 10 2026 01:04:00 | Liberty Mutual Insurance, Attn: Bankruptcy, 175 Berkeley St, Boston, MA 02116-5066 |
| 15160616 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 01:17:16 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 15160617 | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 10 2026 01:04:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 15160618 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 10 2026 01:04:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St Ste 201, Lincoln, NE 68508-1922 |
| 15160620 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 01:17:57 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 15160622 | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2026 01:04:00 | Santander Consumer USA Inc., Attn: Bankruptcy, 1601 Elm St Ste 800, Dallas, TX 75201-7260 |
| 15160623 | Email/Text: nlorenz@bankofmissouri.com | Jul 10 2026 01:04:00 | The Bank of Missouri, Attn: Bankruptcy, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 15160626 | Email/Text: edbknotices@ecmc.org | Jul 10 2026 01:04:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 15160627 | ^ MEBN | Jul 10 2026 00:56:15 | U.S. Department of Justice, Attorney General of |

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Jul 09, 2026                       Form ID: pdf900                                Total Noticed: 44

|  |  | the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
|---|---|---|
| 15160628 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com  Jul 10 2026 01:04:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Kia Venay Hutchinson mike@assad.law  mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kia Venay Hutchinson,

                Debtor.

Case No. 26-12819-~~pmm~~
amc

Chapter 13

## Order Transferring Case

**AND NOW**, upon consideration of the Motion to Transfer Case filed by Debtor Kia Venay Hutchinson, and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Clerk shall transfer this case to the Philadelphia Division calendar of Judge Patricia M. Mayer.

Date:  July 8, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge