**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

```
Debtor        : Kia Hutchinson
Case No       : 26-12819
Chapter       : 13
Petition Date : 07/01/2026
Period        : 05/02/2026 through 07/01/2026
```

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 06/18/2026 | UPMC For You, Inc. | $2,685.03 | $2,164.63 |
| 4 | 06/05/2026 | UPMC For You, Inc. | $3,088.85 | $2,507.60 |
| 6 | 05/22/2026 | UPMC For You, Inc. | $2,683.35 | $2,163.18 |
| 8 | 05/08/2026 | UPMC For You, Inc. | $2,685.50 | $2,084.92 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kia Hutchinson | 886796-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 886796 | E886796 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | CHC Service Coordinator, East | UPMC For You, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 3710 Sophia Lane Brookhaven, PA 19015 US | CHC Service Coordinator, East | 600 Grant Street Floor 56 Pittsburgh, PA 15219 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 31-May-2026 | 13-Jun-2026 | 18-Jun-2026 | 33.50 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,685.03 | 38,135.28 |
| Imputed Earnings | 0.00 | 33.00 |
| Pretax Deductions | 209.55 | 2,788.09 |
| Employee Tax Deductions | 298.30 | 5,676.82 |
| Voluntary Deductions | 12.55 | 163.15 |
| Net Payment | 2,164.63 | 29,474.22 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 33.00 |
| Bonus | 0.00 | 2,750.00 |
| Day OT Premium | 1.68 | 31.84 |
| Day OT Regular | 3.35 | 63.65 |
| Day Regular | 2,680.00 | 31,071.25 |
| Holiday Time Off Paid | 0.00 | 1,072.00 |
| Incentive Payment | 0.00 | 400.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day OT Premium | | | 0.10 | Hours | 33.50 | 0.50 | 1.68 |
| Day OT Regular | | | 0.10 | Hours | 33.50 | 1.00 | 3.35 |
| Day Regular | | | 80.00 | Hours | 33.50 | 1.00 | 2,680.00 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Buy Entitlement Payment | 0.00 | 541.89 |
| PTO Entitlement Payment | 0.00 | 2,171.65 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.10 | 1.90 |
| Day OT Regular Hours Worked | 0.10 | 1.90 |
| Day Regular Hours Worked | 80.00 | 927.50 |
| Holiday Time Off Paid Hours Worked | 0.00 | 32.00 |
| PTO Buy Entitlement Hours | 0.00 | 16.18 |
| PTO Entitlement Hours | 0.00 | 64.83 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| Pretax Deductions | | |
| --- | --- | --- |
| **Description** | **Current** | **Year to Date** |
| Elite Vision EE Pre Tax | 4.48 | 58.24 |
| Extended Network Gold EE Pre Tax | 73.38 | 953.94 |
| PTO Buy Pre Tax V2 | 51.54 | 670.02 |
| Savings Plan 403b | 53.70 | 762.04 |
| Standard Dental EE Pre Tax | 19.99 | 259.87 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 83.98 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 156.81 | 2,238.77 |
| Medicare Employee Withheld | 36.67 | 523.58 |
| FIT Withheld | 0.00 | 592.90 |
| SIT Withheld (PA) | 77.65 | 1,107.55 |
| SUI Employee Withheld (PA) | 1.87 | 26.61 |
| City Withheld (PA,Delaware,Brookhaven) | 12.65 | 39.93 |
| City Withheld (PA,Philadelphia,Philadelphia) | 0.00 | 1,107.55 |
| School Withheld (PA,Penn-Delco SD) | 12.65 | 39.93 |

| Other Deductions | | |
| --- | --- | --- |
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 9.23 |
| Spouse DP ADD EE Post Tax | 3.23 | 41.99 |
| Spouse DP Life EE Post Tax | 1.04 | 13.52 |
| Supplemental Employee Life EE Post Tax | 7.57 | 98.41 |

| Net Pay Distribution | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 14867933838 | | | XXXXXX8710 | USD | 2,164.63 |

| Tax Withholding Information | | | |
| --- | --- | --- | --- |
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Head of household | 65,000.00 | 0.00 |

| Tax Withholding Information | | | |
| --- | --- | --- | --- |
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kia Hutchinson | 886796-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 886796 | E886796 | Hourly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | CHC Service Coordinator, East | UPMC For You, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 3710 Sophia Lane<br>Brookhaven, PA 19015<br>US | CHC Service Coordinator, East | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 17-May-2026 | 30-May-2026 | 5-Jun-2026 | 33.50 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,088.85 | 35,450.25 |
| Imputed Earnings | 5.50 | 33.00 |
| Pretax Deductions | 217.52 | 2,578.54 |
| Employee Tax Deductions | 345.68 | 5,378.52 |
| Voluntary Deductions | 12.55 | 150.60 |
| Net Payment | 2,507.60 | 27,309.59 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 5.50 | 33.00 |
| Bonus | 0.00 | 2,750.00 |
| Day OT Premium | 0.00 | 30.16 |
| Day OT Regular | 0.00 | 60.30 |
| Day Regular | 2,415.35 | 28,391.25 |
| Holiday Time Off Paid | 268.00 | 1,072.00 |
| Incentive Payment | 400.00 | 400.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 72.10 | Hours | 33.50 | 1.00 | 2,415.35 |
| Holiday Time Off Paid | | | 8.00 | Hours | 33.50 | 1.00 | 268.00 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Buy Entitlement Payment | 0.00 | 541.89 |
| PTO Entitlement Payment | 0.00 | 2,171.65 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Hours Worked | 0.00 | 1.80 |
| Day OT Regular Hours Worked | 0.00 | 1.80 |
| Day Regular Hours Worked | 72.10 | 847.50 |
| Holiday Time Off Paid Hours Worked | 8.00 | 32.00 |
| PTO Buy Entitlement Hours | 0.00 | 16.18 |
| PTO Entitlement Hours | 0.00 | 64.83 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Elite Vision EE Pre Tax | 4.48 | 53.76 |
| Extended Network Gold EE Pre Tax | 73.38 | 880.56 |
| PTO Buy Pre Tax V2 | 51.54 | 618.48 |
| Savings Plan 403b | 61.67 | 708.34 |
| Standard Dental EE Pre Tax | 19.99 | 239.88 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 77.52 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 181.84 | 2,081.96 |
| Medicare Employee Withheld | 42.53 | 486.91 |
| FIT Withheld | 0.00 | 592.90 |
| SIT Withheld (PA) | 89.87 | 1,029.90 |
| SUI Employee Withheld (PA) | 2.16 | 24.74 |
| City Withheld (PA,Delaware,Brookhaven) | 14.64 | 27.28 |
| City Withheld (PA,Philadelphia,Philadelphia) | 0.00 | 1,107.55 |
| School Withheld (PA,Penn-Delco SD) | 14.64 | 27.28 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 8.52 |
| Spouse DP ADD EE Post Tax | 3.23 | 38.76 |
| Spouse DP Life EE Post Tax | 1.04 | 12.48 |
| Supplemental Employee Life EE Post Tax | 7.57 | 90.84 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 14829574484 | | | XXXXXX8710 | USD | 2,507.60 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Head of household | 65,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |

 **Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kia Hutchinson | 886796-1 | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| 886796 | E886796 | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | CHC Service Coordinator, East | UPMC For You, Inc. |
| Employee Address | Position | Tax Reporting Unit Address |
| 3710 Sophia Lane<br>Brookhaven, PA 19015<br>US | CHC Service Coordinator, East | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 3-May-2026 | 16-May-2026 | 22-May-2026 | 33.50 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,683.35 | 32,361.40 |
| Imputed Earnings | 0.00 | 27.50 |
| Pretax Deductions | 209.52 | 2,361.02 |
| Employee Tax Deductions | 298.10 | 5,032.84 |
| Voluntary Deductions | 12.55 | 138.05 |
| Net Payment | 2,163.18 | 24,801.99 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 27.50 |
| Bonus | 0.00 | 2,750.00 |
| Day OT Premium | 0.00 | 30.16 |
| Day OT Regular | 0.00 | 60.30 |
| Day Regular | 1,879.35 | 25,975.90 |
| Holiday Time Off Paid | 0.00 | 804.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 56.10 | Hours | 33.50 | 1.00 | 1,879.35 |
| PTO Buy Entitlement Earnings Results | | | 7.47 | Hours | 33.50 | 1.00 | 250.14 |
| PTO Entitlement | | | 16.53 | Hours | 33.50 | 1.00 | 553.86 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Buy Entitlement Payment | 250.14 | 541.89 |
| PTO Entitlement Payment | 553.86 | 2,171.65 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 1.80 |
| Day OT Regular Hours Worked | 0.00 | 1.80 |
| Day Regular Hours Worked | 56.10 | 775.40 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Buy Entitlement Hours | 7.47 | 16.18 |
| PTO Entitlement Hours | 16.53 | 64.83 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Elite Vision EE Pre Tax | 4.48 | 49.28 |
| Extended Network Gold EE Pre Tax | 73.38 | 807.18 |
| PTO Buy Pre Tax V2 | 51.54 | 566.94 |
| Savings Plan 403b | 53.67 | 646.67 |
| Standard Dental EE Pre Tax | 19.99 | 219.89 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 71.06 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 156.71 | 1,900.12 |
| Medicare Employee Withheld | 36.65 | 444.38 |
| FIT Withheld | 0.00 | 592.90 |
| SIT Withheld (PA) | 77.59 | 940.03 |
| SUI Employee Withheld (PA) | 1.87 | 22.58 |
| City Withheld (PA,Delaware,Brookhaven) | 12.64 | 12.64 |
| City Withheld (PA,Philadelphia,Philadelphia) | 0.00 | 1,107.55 |
| School Withheld (PA,Penn-Delco SD) | 12.64 | 12.64 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 7.81 |
| Spouse DP ADD EE Post Tax | 3.23 | 35.53 |
| Spouse DP Life EE Post Tax | 1.04 | 11.44 |
| Supplemental Employee Life EE Post Tax | 7.57 | 83.27 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 14787855145 | | | XXXXXX8710 | USD | 2,163.18 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Head of household | 65,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kia Hutchinson | 886796-1 | UPMC Biweekly Payroll |
| Person Number | Assignment Number | Salary Basis Name |
| 886796 | E886796 | Hourly |
| | Job Title | Tax Reporting Unit Name |
| | CHC Service Coordinator, East | UPMC For You, Inc. |
| Employee Address | Position | Tax Reporting Unit Address |
| 1945 N Warnock Street 6B Philadelphia, PA 19122 US | CHC Service Coordinator, East | 600 Grant Street Floor 56 Pittsburgh, PA 15219 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 19-Apr-2026 | 2-May-2026 | 8-May-2026 | 33.50 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,685.50 | 29,678.05 |
| Imputed Earnings | 5.50 | 27.50 |
| Pretax Deductions | 209.45 | 2,151.50 |
| Employee Tax Deductions | 373.08 | 4,734.74 |
| Voluntary Deductions | 12.55 | 125.50 |
| Net Payment | 2,084.92 | 22,638.81 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 5.50 | 27.50 |
| Bonus | 0.00 | 2,750.00 |
| Day OT Premium | 0.00 | 30.16 |
| Day OT Regular | 0.00 | 60.30 |
| Day Regular | 2,546.00 | 24,096.55 |
| Holiday Time Off Paid | 0.00 | 804.00 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 76.00 | Hours | 33.50 | 1.00 | 2,546.00 |
| PTO Entitlement | | | 4.00 | Hours | 33.50 | 1.00 | 134.00 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Buy Entitlement Payment | 0.00 | 291.75 |
| PTO Entitlement Payment | 134.00 | 1,617.79 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Hours Worked | 0.00 | 1.80 |
| Day OT Regular Hours Worked | 0.00 | 1.80 |
| Day Regular Hours Worked | 76.00 | 719.30 |
| Holiday Time Off Paid Hours Worked | 0.00 | 24.00 |
| PTO Buy Entitlement Hours | 0.00 | 8.71 |
| PTO Entitlement Hours | 4.00 | 48.29 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

| Description | Current | Year to Date |
|---|---|---|
| Elite Vision EE Pre Tax | 4.48 | 44.80 |
| Extended Network Gold EE Pre Tax | 73.38 | 733.80 |
| PTO Buy Pre Tax V2 | 51.54 | 515.40 |
| Savings Plan 403b | 53.60 | 593.00 |
| Standard Dental EE Pre Tax | 19.99 | 199.90 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 64.60 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 156.84 | 1,743.41 |
| Medicare Employee Withheld | 36.68 | 407.73 |
| FIT Withheld | 0.00 | 592.90 |
| SIT Withheld (PA) | 77.49 | 862.44 |
| SUI Employee Withheld (PA) | 1.87 | 20.71 |
| City Withheld (PA,Philadelphia,Philadelphia) | 100.20 | 1,107.55 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 7.10 |
| Spouse DP ADD EE Post Tax | 3.23 | 32.30 |
| Spouse DP Life EE Post Tax | 1.04 | 10.40 |
| Supplemental Employee Life EE Post Tax | 7.57 | 75.70 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 14745450585 | | | XXXXXX8710 | USD | 2,084.92 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Head of household | 65,000.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |