# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kia Venay Hutchinson,

                Debtor.

Case No. 26-12819-pmm

Chapter 13

## Order

**AND NOW**, upon consideration of the *Motion to Extend Time to File Schedules, Statements,* filed by Debtor Kia Venay Hutchinson,  it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before July 26, 2026.

Date:  7/13/26

_____
Patricia M. Mayer
U.S. Bankruptcy Judge