United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 26-12819-pmm

Kia Venay Hutchinson                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                        Page 1 of 1

Date Rcvd: Jul 13, 2026                       Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

**Recip ID**         **Recipient Name and Address**
db          # Kia Venay Hutchinson, 4017 Maywood St, Philadelphia, PA 19124-5331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Kia Venay Hutchinson mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

      Kia Venay Hutchinson,

                   Debtor.

Case No. 26-12819-pmm

Chapter 13

## Order

**AND NOW**, upon consideration of the *Motion to Extend Time to File Schedules, Statements,* filed by Debtor Kia Venay Hutchinson,  it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before July 26, 2026.

Date:  7/13/26

_____
Patricia M. Mayer
U.S. Bankruptcy Judge