**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                    Case No. 26-12819-pmm

      Kia Venay Hutchinson,                    Chapter 13

           Debtor.

**Debtor's Second Motion to Extend Time**
**to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Kia Venay Hutchinson, through her attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1); and Local Bankr. R. 9014-2(a)(4) and (a)(14).

1.     The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on July 1, 2026.

2.     This case was filed in an emergency to prevent the sale of a repossessed vehicle.

3.     Because this case was filed on an emergent basis, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition because the Debtor did not have adequate time to gather the documents and information necessary for her attorney to prepare them.

4.     The Court initially ordered that the Schedules be filed on or before Wednesday, July 15, 2026.

5.     The Debtor has since provided to her attorney all documents and information necessary to prepare the Schedules.

6.      However, the Debtor's attorney needed additional time to prepare the Schedules with appropriate diligence due to scheduling conflicts and other previous engagements prior to the deadline.

7.      Upon request of the Debtor, the Court extended the deadline to Sunday, July 26, 2026.

8.      The Debtor's attorney has prepared the Schedules, but the Debtor is unable to meet with him to review them until Wednesday, August 5, 2026.

9.      Accordingly, the Debtor requests that the Court extend the deadline through and including Friday, August 7, 2026.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 26, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: _____
        Michael I. Assad (#330937)
        923 Haddonfield Road, Suite 336
        Cherry Hill, NJ 08002
        609-808-3300
        mike@assad.law

### Certification of Service

        I certify that on this date I caused this motion to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: July 26, 2026        _____
                                    Michael I. Assad

2