## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  | Case No. 26-12819-pmm

Kia Venay Hutchinson, | Chapter 13

Debtor.

### Order Extending Time to File Schedules, Statements, and Other Documents

**AND NOW**, upon consideration of the *Second Motion to Extend Time to File Schedules, Statements, and Other Documents* filed by Debtor Kia Venay Hutchinson, it is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before Friday, August 7, 2026.

3.  There will be no further extensions.

Date: _____

_____
Patricia M. Mayer
U.S. Bankruptcy Judge