**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kia Venay Hutchinson, | : | **Chapter 13** |
| | : | |
| Debtor. | : | **Bky. No.  26-12819 (PMM)** |

**O R D E R**

AND NOW, upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 20, "the Motion"), it is hereby **ORDERED** that:

I.      Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **August 6, 2026.**

II.      **NO FURTHER EXTENSIONS WILL BE GRANTED**.  **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

III.      This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P.  3002(c), **PROVIDED** that the proof of claim is filed  **on or before October 6, 2026**.

IV.      Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

Date:  7/27/26

_____
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**