UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Kia Venay Hutchinson                      Chapter 13
     AKA Kia Venay Wyche               Case No. 26-12819-PMM

    Debtor

_____

**NOTICE OF APPEARANCE**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Capital One Auto Finance, a division of Capital One, N.A., in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  July 28, 2026

                                    Respectfully Submitted,

                                    */s/ Garrett M. Wilson*_____
                                    Elizabeth A. Trachtman, Esq. PA 333427
                                    Garrett M. Wilson, Esq. PA 338633
                                    Michele M. Bradford, Esq. PA 69849
                                    Orlans Law Group PLLC
                                    Attorney for Capital One Auto Finance, a division of Capital One, N.A.
                                    200 Eagle Road, Bldg 2, Suite 120
                                    Wayne, PA 19087
                                    (484) 367-4191
                                    Email: etrachtman@orlans.com
                                    gwilson@orlans.com
                                    mbradford@orlans.com
                                    File Number: 26-007830