UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

   Kia Venay Hutchinson                    Chapter 13
    AKA Kia Venay Wyche              Case No. 26-12819-PMM

   Debtor

_____

## **CERTIFICATE OF SERVICE**

     I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on July 28, 2026, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.


Date:  July 28, 2026

                              Respectfully Submitted,

                              */s/ Garrett M. Wilson*_____
                              Elizabeth A. Trachtman, Esq. PA 333427
                              Garrett M. Wilson, Esq. PA 338633
                              Michele M. Bradford, Esq. PA 69849
                              Orlans Law Group PLLC
                              Attorney for Capital One Auto Finance, a
                              division of Capital One, N.A.
                              200 Eagle Road, Bldg 2, Suite 120
                              Wayne, PA 19087
                              (484) 367-4191
                              Email: etrachtman@orlans.com
                              gwilson@orlans.com
                              mbradford@orlans.com
                              File Number: 26-007830


VIA US MAIL

Kia Venay Hutchinson, Debtor
4017 Maywood St
Philadelphia, PA 19124

VIA ECF

Michael I. Assad, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee