# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kia Venay Hutchinson,

                Debtor.

Case No. 26-12819-pmm

Chapter 13

**Notice of Address Change for Creditor PA E-ZPass**

Old Address:        PA E-ZPass
Attn: Bankruptcy
300 East Park Drive
Harrisburg, PA 17111

Old Address:        PA E-ZPass
Attn: Bankruptcy
300 E Park Dr #2729
Harrisburg, PA 17111-2729

Date: August 4, 2026

Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*