UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>KIA VENAY HUTCHINSON<br>  AKA KIA VENAY WYCHE<br><br>  Debtor | Chapter 13<br>Case No. 26-12819-PMM |
| CAPITAL ONE AUTO FINANCE, A<br>DIVISION OF CAPITAL ONE, N.A.<br><br>  Movant<br><br>v.<br><br>KIA VENAY HUTCHINSON<br>  AKA KIA VENAY WYCHE<br>      (Debtor)<br><br>BANEISHA WYCHE<br>      (Co-Debtor)<br><br>KENNETH E. WEST<br>      (Trustee)<br><br>  Respondents | Doc. No.  9<br><br>Hearing Date: October 13, 2026 @ 1:000 pm |

**CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S OBJECTIONS TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

NOW COMES Creditor, Capital One Auto Finance, a division of Capital One, N.A., by and through its attorneys, Orlans Law Group PLLC, and hereby Objects to Confirmation as follows:

1. On July 1, 2026, the Debtor(s) filed a voluntary petition seeking relief under Chapter 13 of the United States Bankruptcy Code.

2. On the Petition Date, the Debtor(s) were in possession of a 2019 Tesla Model 3 VIN No. 5YJ3E1EB2KF487608 (the "Vehicle") and indebted to Capital One Auto Finance, a

division of Capital One, N.A. (the "Creditor") in the amount of $35,361.71 (plus fees, costs, and interest) for this Vehicle.

3. The Vehicle was purchased on a Retail Installment Sale Contract (the "Contract").

4. On July 3, 2026, the Debtor(s) filed an Amended Chapter 13 plan (the "Plan").

5. The Plan as proposed cannot be confirmed for the following reasons:

   a) The Creditor is not adequately protected pursuant to 11 U.S.C. § 1326 as the Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. § 1326(a)(4).

   b) The Plan understates the contractual monthly payment.  The correct monthly payment is $888.03.

   c) The plan fails to provide treatment of the pre-petition arrears in the amount of $874.12 owed to Creditor.

   d) The Plan fails to pay the present value of the Vehicle as required by 11 U.S.C. § 1325(a)(5)(B)(ii) because:

      i.    The Plan states an inadequate value for the Vehicle.  The approximate value of the Vehicle is $20,025.00 based on N.A.D.A. Used Car Guide's estimated value of the Vehicle. Creditor is seeking payment of the full Vehicle value.

*Remainder of page intentionally left blank*

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., by and through its attorneys, objects to confirmation of the Debtor's proposed Chapter 13 Plan, and prays that Confirmation be denied and the case be dismissed, or, in the alternative, that this Chapter 13 case be converted to a Chapter 7 case pursuant to 11 USC §1307(c).

Date: August 6, 2026

*/s/ Garrett M. Wilson*
Elizabeth A. Trachtman, 333427
Garrett M. Wilson, 338633
Michele M. Bradford, 69849
Orlans Law Group PLLC
Attorneys for Capital One Auto Finance, a division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007830