UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

KIA VENAY HUTCHINSON
  AKA KIA VENAY WYCHE

       Debtor

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

       Movant

v.

KIA VENAY HUTCHINSON
  AKA KIA VENAY WYCHE
       (Debtor)

BANEISHA WYCHE
       (Co-Debtor)

KENNETH E. WEST
       (Trustee)

       Respondents

Chapter 13
Case No. 26-12819-PMM

## ORDER

AND NOW, this _____ day of _____ 20__, upon consideration of the Debtor's Amended Chapter 13 Plan, and the Objection of Capital One Auto Finance, a division of Capital One, N.A. to Debtor's Amended Chapter 13 Plan, and after hearing, it is hereby

ORDERED that the confirmation of Debtor's Amended Chapter 13 Plan is DENIED.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge