UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

KIA VENAY HUTCHINSON
  AKA KIA VENAY WYCHE

|  | Chapter 13 |
|---|---|
|  | Case No. 26-12819-PMM |

Debtor

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

Doc. No.  9

Hearing Date: October 13, 2026 @ 01:00 PM

Movant

v.

KIA VENAY HUTCHINSON
  AKA KIA VENAY WYCHE
        (Debtor)

BANEISHA WYCHE
        (Co-Debtor)

KENNETH E. WEST
        (Trustee)

        Respondents

## CERTIFICATE OF SERVICE

I, Garrett M. Wilson, Attorney of Orlans Law Group PLLC, do hereby certify that on August 6, 2026, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  August 6, 2026

Respectfully Submitted,

*/s/ Garrett M. Wilson*
Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC

Attorney for Capital One Auto Finance, a
division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-007830

VIA US MAIL

Kia Venay Hutchinson, Debtor
4017 Maywood St
Philadelphia, PA 19124


VIA ECF

Michael I. Assad, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee

 United States Trustee Esq., U.S. Trustee