Nationstar Mortgage LLC
Attn: Bankruptcy
PO Box 619096
Dallas, TX 75261-9096

U.S. Dep't of Housing and Urban Dev.
Attn: Bankruptcy
801 Market St 12th Floor
Philadelphia, PA 19107-3126

Watson & Allard P.C.
Attn: Bankruptcy
1440 Conchester Hwy Suite 12
Garnet Valley, PA 19060-2124