**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kia Venay Hutchinson, | Case No. 26-12819-amc |
| | Chapter 13 |
| *Debtor*. | |

### Certificate of Service

I, Michael I. Assad, certify that on August 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 13 Bankruptcy Case

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 6, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>PO Box 619096<br>Dallas, TX 75261-9096 | Creditor | ☒ First Class Mail |
| PA E-ZPass<br>Attn: Bankruptcy<br>300 E Park Dr #2729<br>Harrisburg, PA 17111-2729 | Creditor | ☒ First Class Mail |
| U.S. Dep't of Housing and Urban Dev.<br>Attn: Bankruptcy<br>801 Market St 12th Floor<br>Philadelphia, PA 19107-3126 | Creditor | ☒ First Class Mail |
| Watson & Allard P.C.<br>Attn: Bankruptcy<br>1440 Conchester Hwy Suite 12<br>Garnet Valley, PA 19060-2124 | Creditor | ☒ First Class Mail |