UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KIA VENAY HUTCHINSON

CASE NO: 26-12819

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 21

On 8/7/2026, I did cause a copy of the following documents, described below,

Order Extending Proof of Claim Deadline ECF Docket Reference No. 21

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/7/2026

/s/ Michael I. Assad
Michael I. Assad  330937
Attorney at Law
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KIA VENAY HUTCHINSON

CASE NO: 26-12819

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 21

On 8/7/2026, a copy of the following documents, described below,

Order Extending Proof of Claim Deadline ECF Docket Reference No. 21

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/7/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ  08002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-12819
EASTERN DISTRICT OF PENNSYLVANIA
THU AUG 6 13-33-47 PST 2026

BRIDGECREST ACCEPTANCE CORPORATION  CO AIS
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

PHILADELPHIA
900 MARKET STREET
SUITE 400
PHILADELPHIA  PA 19107-4233

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801

BARRY W WYCHE
4017 MAYWOOD ST
PHILADELPHIA  PA 19124-5331

BRIDGECREST ACCEPTANCE CORP
CHIEF LEGAL OFFICER
PO BOX 53087 SUITE 100
PHOENIX  AZ 85072-3087

BRIDGECREST ACCEPTANCE CORPORATION
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BRIDGECREST ACCEPTANCE CORPORATION CO AIS P
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
ATTN BANKRUPTCY
PO BOX 41819
PHILADELPHIA  PA 19101-1819

CAPITAL ONE AUTO FINANCE
CO GARRETT M WILSON
200 EAGLE RD  BLDG 2  STE 120
WAYNE  PA 19087-3115

CAPITAL ONE AUTO FINANCE
CHIEF LEGAL OFFICER
7933 PRESTON RD
PLANO  TX 75024-2302

EXCLUDE

(U)CAPITAL ONE AUTO FINANCE  A
DIVISION OF CAPITAL ONE  NA
200 EAGLE ROAD  BLDG 2  SUITE 120

CAPITAL ONE AUTO FINANCE  A DIVISION OF
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE FINANCIAL CORP
ATTN BANKRUPTCY
1680 CAPITAL ONE DR
MCLEAN  VA 22102-3407

(P)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

COMENITY CAPITAL BANK
ATTN BANKRUPTCY
12921 S VISTA STATION BLVD
DRAPER  UT 84020-2377

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
DEPARTMENT 280946
HARRISBURG  PA 17128-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
ATTN BANKRUPTCY
15TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
ATTN BANKRUPTCY
30 N 3RD ST STE 200
HARRISBURG  PA 17101-1715

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT COLLECTION SERVICES
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD  MA 02062-2679

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 S CIMARRON RD
LAS VEGAS  NV 89113-2273

(P)DEFERIT INC
PO BOX 4579
NEW YORK NY 10163-4579

EDFINANCIAL SERVICES
ATTN BANKRUPTCY
1271 MARKET ST
DAYTON  TN 37321-1262

EXCLUDE

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

(D)(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

FIRST ACCESS CARD
ATTN BANKRUPTCY
PO BOX 89028
SIOUX FALLS  SD 57109-9028

FIRST PREMIER BANK
ATTN BANKRUPTCY
3401 S KIWANIS AVE
SIOUX FALLS  SD 57105-4213

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JEFFERSON CAPITAL LLC
ATTN BANKRUPTCY
200 14TH AVE E
SARTELL  MN 56377-4500

LVNV FUNDING LLC
ATTN BANKRUPTCY
355 S MAIN ST
GREENVILLE  SC 29601-2923

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LIBERTY MUTUAL INSURANCE
175 BERKELEY STREET
BOSTON MA 02116-3350

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

(P)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
820 FOLLIN LN SE
VIENNA  VA 22180-4907

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NELNET
ATTN BANKRUPTCY
121 S 13TH ST STE 201
LINCOLN  NE 68508-1922

PA EZPASS
ATTN BANKRUPTCY
300 E PARK DR 2729
HARRISBURG  PA 17111-2729

PHILADELPHIA PARKING AUTHORITY
BANKRUPTCY DEPT
701 MARKET ST  SUITE 5400
PHILADELPHIA  PA 19106-1558

RESURGENT CAPITAL SERVICES LLC
ATTN BANKRUPTCY
55 BEATTIE PL STE 110
GREENVILLE  SC 29601-5115

ROSECOMPANY
200 BROADWAY
NEW YORK  NY 10038-2595

SANTANDER CONSUMER USA INC
PO BOX 961245
FORT WORTH  TX 76161-0244

SANTANDER CONSUMER USA INC
ATTN BANKRUPTCY
1601 ELM ST STE 800
DALLAS  TX 75201-7260

THE BANK OF MISSOURI
ATTN BANKRUPTCY
916 N KINGS HWY
PERRYVILLE  MO 63775-1204

THE GENERAL INSURANCE CO
ATTN BANKRUPTCY
26 CENTURY BLVD STE 100
NASHVILLE  TN 37214-3698

(P)TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY
TBTA TOLL GROUP
2 BROADWAY 24TH FLOOR
NEW YORK NY 10004-2207

US ATTORNEYS OFFICE (EDPA)
ATTN CIVIL PROCESS CLERK
615 CHESTNUT ST  12
PHILADELPHIA  PA 19106-4404

US DEPT OF HOUSING AND URBAN DEV
ATTN BANKRUPTCY
801 MARKET ST 12TH FLOOR
PHILADELPHIA  PA 19107-3126

US DEPARTMENT OF EDUCATION
GENERAL COUNSEL
400 MARYLAND AVE SW
WASHINGTON DC 20202-0001

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1911

US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON  DC 20530-0009

US DEPARTMENT OF EDUCATION
120 N SEVEN OAKS DRIVE
KNOXVILLE TN 37922-2359

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA  PA 19107-4202

EXCLUDE

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR  550
SAINT CHARLES  MO 63304-2225

(U)WATSON  ALLARD PC
ATTN BANKRUPTCY
1440 CONCHESTER HWY SUITE

WINN RENTAL
200 BROADWAY
NEW YORK  NY 10038-2595

DEBTOR

WISDOM FINANCIAL
277 NORTHERN BLVD
GREAT NECK  NY 11021-4705

KENNETH E WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTE
190 N INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA  PA 19106-1552

KIA VENAY HUTCHINSON
4017 MAYWOOD ST
PHILADELPHIA  PA 19124-5331

MICHAEL I ASSAD
LAW OFFICE OF MIKE ASSAD  PC
923 HADDONFIELD ROAD
SUITE 336
CHERRY HILL  NJ 08002-2752

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Kia Venay Hutchinson,

*Debtor*.

Case No. 26-12819-amc
Chapter 13

**Certificate of Service**

I, Michael I. Assad, certify that on August 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Order Extending Proof of Claim Deadline

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 7, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
| --- | --- | --- |
| Watson & Allard P.C.<br>Attn: Bankruptcy<br>1440 Conchester Hwy Suite 12<br>Garnet Valley, PA 19060-2124 | Creditor | ☒ First Class Mail |

2