# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                    Case No. 26-12819-pmm

    Kia Venay Hutchinson,                         Chapter 13

               Debtor.

**Notice of Address Change for Creditor Watson & Allard P.C.**

Old Address:        Watson & Allard P.C.
Attn: Bankruptcy
1440 Conchester Hwy Suite

New Address:        Watson & Allard P.C.
Attn: Bankruptcy
1440 Conchester Hwy Suite 12
Garnet Valley, PA 19060-2124

Date: August 7, 2026        Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*