IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: KIA VENAY HUTCHINSON<br>**Debtor(s)** | CHAPTER 13 |
| EXETER FINANCE LLC<br>**Moving Party** | CASE NO. 26-12819-PMM |
| | 11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| KIA VENAY HUTCHINSON<br>BANEISHA WYCHE<br>**Respondent(s)** | HEARING DATE: **9-23-2026 at 1:00 PM** |
| KENNETH WYCHE<br>**Trustee** | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Exeter Finance LLC ("Exeter") filing this its Motion For Relief From The Automatic Stay And Co-Debtor Stay ("Motion"), and in support thereof, would respectfully show:

1. That on July 01, 2026, Kia Venay Hutchinson filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361, 362, 1301 and 28 U.S.C. 157 and 1334.

3. On June 11, 2021, the debtor and co-debtor Baneisha Wyche entered into a retail installment contract for the purchase of a 2016 Jeep Grand Cherokee bearing vehicle identification number 1C4RJEBG4GC369674. The contract was assigned to Exeter Finance LLC and the debtor(s) became indebted to Exeter in accordance with the terms of same. Exeter Finance LLC is designated as first lien holder on the title to the vehicle and holds a first purchase money security interest in the vehicle. A true copy of the contract and title inquiry to the vehicle are annexed hereto as Exhibits A and B.

4. The debtor's account is past due from October 11, 2025 through July 11, 2026 with arrears in the amount of $8,171.58.

5. As of August 02, 2026, the debtor's account with Exeter Finance had a net loan balance of $26,007.84.

6. According to the August 2026 NADA Official Used Car Guide, the vehicle has a current retail value of $9,950.00.

7. Exeter alleges that the automatic stay and co-debtor stay should be lifted for cause under 11 U.S.C. 362(d)(1) and 11 U.S.C. 1301 in that Exeter lacks adequate protection of its interest in the vehicle as evidenced by the following:

(a) The debtor is failing to make payments to Exeter and is failing to provide Exeter with adequate protection.

WHEREFORE PREMISES CONSIDERED, Exeter respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Exeter Finance to permit Exeter to seek its statutory and other available remedies; (2) that the co-debtor stay will be terminated as to Exeter to permit Exeter to seek its statutory and other available remedies; (3) that the stay and co-debtor stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(3) and (4) Exeter be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 3330-6200
Attorney ID: 92329
Local Counsel for Exeter Finance LLC