# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

FUEL GAS

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| 1C4RJEBG4GC369674 | 2016 | JEEP | |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM PROCD DATE | ODOM MILES | ODOM STATUS |
|---|---|---|---|---|---|---|
| SW | 0 | | MA | 7/09/21 | 088644 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 6/17/21 | 7/09/21 | | | | |

ODOMETER STATUS
- 0 ACTUAL MILEAGE
- 1 MILEAGE EXCEEDS THE MECHANICAL LIMITS
- 2 = NOT THE ACTUAL MILEAGE
- 3 NOT THE ACTUAL MILEAGE ODOMETER TAMPERING VERIFIED
- 4 EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
- A = ANTIQUE VEHICLE
- C = CLASSIC VEHICLE
- D = COLLECTIBLE VEHICLE
- F = OUT OF COUNTRY
- G = ORIGINALLY MFGD FOR NON U S DISTRIBUTION
- H = AGRICULTURAL VEHICLE
- L = LOGGING VEHICLE
- P = IS/WAS A POLICE VEHICLE
- R = RECONSTRUCTED
- S = STREET ROD
- T = RECOVERED THEFT VEHICLE
- V = VEHICLE CONTAINS REISSUED VIN
- W = FLOOD VEHICLE
- X = IS/WAS A TAXI

JOINT OWNERSHIP WITH RIGHTS OF SURVIVORSHIP

REGISTERED OWNER(S)

KIA V HUTCHINSON & ----
BANEISHA W WYCHE
726 ROWLAND AVE
CHELTENHAM PA 19012

FIRST LIEN FAVOR OF

EXETER FINANCE

SECOND LIEN FAVOR OF

If a second lienholder is listed upon satisfaction of the first lien the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee

FIRST LIEN RELEASED________ DATE

BY________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ________ DATE

BY________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle

MICHAEL B CARROLL
Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME MO DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

The undersigned hereby make application for Certificate of Title to the vehicle described above subject to the encumbrance and other legal claims set forth here

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co purchaser other than your spouse is listed and you want the title to be listed as Joint Tenants With Right of Survivorship (on death of one owner title goes to surviving owner) CHECK HERE ☐ Otherwise the title will be issued as Tenants in Common (on death of one owner interest of deceased owner goes to his/her heirs or estate)

IF NO LIEN CHECK ☐ IS THIS AN ELT? (IF YES FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER

1ST LIENHOLDER NAME

STREET

CITY STATE ZIP

IF NO 2ND LIEN CHECK ☐ IS THIS AN ELT? (IF YES FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER

2ND LIENHOLDER NAME

STREET

CITY STATE ZIP

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE