**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Kia Venay Hutchinson,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-12819-pmm |
| Chapter: | 13 |
| Hearing Date: | September 23, 2026 |
| Judge: | Patricia M. Mayer |

**Debtor's Limited Objection to Exeter Finance LLC's**
**Motion for Relief from the Automatic Stay and Co-Debtor Stay**

**AND NOW**, Debtor Kia Venay Hutchinson, through her attorney, objects in part to the Motion of Exeter Finance LLC for relief from the automatic stay and the co-debtor stay, and asks the Court to limit the relief to Exeter's in rem rights in the collateral.

1. Exeter can take the Jeep, but it cannot take anything else.

2. Exeter moves for relief from the automatic stay and the co-debtor stay so that it can sell Ms. Hutchinson's 2016 Jeep Grand Cherokee, VIN 1C4RJEBG4GC369674, which was repossessed before this case was filed. She does not oppose that, but Exeter's proposed order asks for more.

3. The proposed order would let Exeter pursue its rights "to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law." That phrase is unqualified. Read literally, it would let Exeter sue Ms. Hutchinson, take a judgment, execute on it, and collect the shortfall from her directly. All while this case is pending.

4. Any shortfall after Exeter sells the Jeep is an unsecured claim under §§ 502 and 506(a). Collecting it directly would let Exeter jump ahead of every other unsecured creditor in this case.

5. The Motion pleads no cause for relief that broad.

6. The Court may grant relief under 11 U.S.C. § 362(d) by "modifying" or "conditioning" the stay, not only by terminating it. Here, the Court should modify the stay to grant in rem relief to Exeter and allow Ms. Hutchinson and the bankruptcy estate to otherwise enjoy the protections of Section 362(c)(2).

7. The limitation requested would not prejudice Exeter.

**FOR THOSE REASONS,** the Court must grant relief in the form of the attached order, and further in the Debtor's favor if necessary and proper under the law.

Date: August 29, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad