| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Kia Venay Hutchinson,<br><br>*Debtor*. | Case No.: 26-12819-pmm<br><br>Chapter: 13 |

**Order Granting Exeter Finance LLC In Rem Relief from the Automatic Stay and the Co-Debtor Stay as to the Debtor's 2016 Jeep Grand Cherokee, VIN 1C4RJEBG4GC369674**

**AND NOW**, upon consideration of the Motion of Exeter Finance LLC for relief from the automatic stay and the co-debtor stay, and the limited objection of Debtor Kia Venay Hutchinson, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay under 11 U.S.C. § 362(a) and the co-debtor stay under 11 U.S.C. § 1301 are **MODIFIED** to permit Exeter to pursue its in rem rights in the Debtor's 2016 Jeep Grand Cherokee, VIN 1C4RJEBG4GC369674, to the extent and in the manner provided by the applicable contract documents and non-bankruptcy law.

Date:

______________________________
Patricia M. Mayer
U.S. Bankruptcy Judge