**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

| | | |
|---|---|---|
| In re: Kia Venay Hutchinson, *Debtor*. | Case No.: | 26-12819-pmm |
| | Chapter: | 13 |

**Certificate of Service**

I, Michael I. Assad, certify that on August 29, 2026, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Limited Objection to Exeter Finance LLC's Motion for Relief from the Automatic Stay and Co-Debtor Stay

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 29, 2026

/s/ Michael I. Assad
Michael I. Assad