# CARFAX Report

**EXHIBIT A**

## 2019 Tesla Model 3 Performance

**49,119** mi | **VIN:** 5YJ3E1EB2KF487608

Sedan 4 DR | Electric | All wheel drive




**ACCIDENT** **Minor Damage**

**Minor** Moderate Severe

**CARFAX VALUE** **$18,670**

- **2** Service History Records
- **2** Previous Owners
- Personal Vehicle
- Last Owned in Pennsylvania
- **21** Detailed Records Available

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 7/1/26 at 1:26:19 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Accident / Damage History

Not all accidents / issues are reported to CARFAX

Event 1

11/19/2020

**Accident reported: minor damage with another motor vehicle**

**Damage Severity Scale**

**Minor** Moderate Severe



## CARFAX History-Based Value

**$18,670**

CARFAX Retail Value

**History events affecting this vehicle's value**

- ↑ Personal Vehicle
- ↓ Minor Damage

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | Owner 1 | Owner 2 |
|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported | No Issues Reported |

| | | |
|---|---|---|
| **Structural Damage**<br>CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | No Issues Reported | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated | No Issues Indicated |
| **Accident / Damage**<br>Accident reported: 11/19/2020. | Minor Damage | No New Issues Reported |
| **Manufacturer Recall**<br>Check with an authorized Tesla dealer for any open recalls. | **Ask Your Dealer** | **Ask Your Dealer** |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** | **Warranty Expired** |

## CARFAX Title History

| CARFAX guarantees the information in this section | Owner 1 | Owner 2 |
|---|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | **Guaranteed**<br>No Problem | **Guaranteed**<br>No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | **Guaranteed**<br>No Problem | **Guaranteed**<br>No Problem |

BUYBACK CARFAX GUARANTEE

**GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms | View Certificate

## CARFAX Ownership History

| The number of owners is estimated | Owner 1 | Owner 2 |
|---|---|---|
| Year purchased | 2019 | 2023 |
| Type of owner | Personal | Personal |
| Estimated length of ownership | 3 yrs. 4 mo. | 3 yrs. 3 mo. |
| Owned in the following states/provinces | New York | Pennsylvania |
| Estimated miles driven per year | 14,262/yr | --- |
| Last reported odometer reading | 49,119 | --- |

## CARFAX Detailed History

**Owner 1**
Purchased: 2019

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
14,262 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 10/15/2019 | | New York<br>Motor Vehicle Dept.<br>Old Westbury, NY | **Title issued or updated**<br>- Registration issued or renewed<br>- First owner reported<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 09/30/2020 | 12,742 | New York<br>Inspection Station | **Passed safety inspection**<br>- Emissions inspection performed |
| 11/19/2020 | | Damage Report | **Accident reported: minor damage with another motor vehicle**<br>- Damage to rear |

**Damage Severity Scale**

**Minor** Moderate Severe

**Damage Location**




Minor damage is usually cosmetic, including dents or scratches to the vehicle body.

| | | | |
|---|---|---|---|
| 04/28/2021 | | New York<br>Motor Vehicle Dept.<br>Old Westbury, NY | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 07/14/2021 | | New York<br>Motor Vehicle Dept.<br>Bellport, NY | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 10/05/2021 | 24,982 | New York<br>Inspection Station | **Passed safety inspection**<br>- Emissions inspection performed |
| 10/20/2021 | | New York<br>Motor Vehicle Dept.<br>Bellport, NY | **Title issued or updated** |
| 12/23/2021 | | New York<br>Motor Vehicle Dept.<br>Bellport, NY | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 02/03/2022 | | Tomar Automotive<br>Patchogue, NY<br>631-654-4260<br>**4.6 / 5.0** 14 Verified Reviews | **Vehicle serviced**<br>- Tire pressure monitoring system serviced<br>- Tire(s) replaced |
| 03/05/2022 | | Tomar Automotive<br>Patchogue, NY<br>631-654-4260<br>**4.6 / 5.0** 14 Verified Reviews | **Vehicle serviced** |
| 12/10/2022 | 45,927 | New York<br>Inspection Station | **Passed safety inspection**<br>- Emissions inspection performed |
| 03/06/2023 | | Online Listing | **Vehicle offered for sale** |
| 03/06/2023 | 49,118 | Auto Auction | **Vehicle sold**<br>- Listed as a dealer vehicle<br>Millions of used vehicles are bought and sold at auction every year. |
| 03/08/2023 | | Huntington Volvo<br>Huntington, NY<br>855-764-4677<br>**4.7 / 5.0** 416 Verified Reviews | **Vehicle sold** |

| | | | |
|---|---|---|---|
| 03/11/2023 | 49,119 | 1 Owner Car LLC<br>Clifton Heights, PA<br>610-915-3417<br>3.5 / 5.0 8 Verified Reviews | **Vehicle offered for sale** |

**Owner 2**
Purchased: 2023

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 03/31/2023 | | Pennsylvania<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 04/08/2023 | | Pennsylvania<br>Motor Vehicle Dept.<br>Philadelphia, PA | **Title issued or updated**<br>- New owner reported |
| 07/21/2023 | | Pennsylvania<br>Motor Vehicle Dept.<br>Philadelphia, PA | **Registration issued or renewed** |
| 03/08/2024 | | Pennsylvania<br>Motor Vehicle Dept.<br>Philadelphia, PA | **Registration issued or renewed** |
| 03/29/2025 | | Pennsylvania<br>Motor Vehicle Dept.<br>Philadelphia, PA | **Registration issued or renewed** |
| 03/02/2026 | | Pennsylvania<br>Motor Vehicle Dept.<br>Brookhaven, PA | **Title issued or updated**<br>- Registration issued or renewed |
| 07/01/2026 | | CARFAX Car Care | **Manufacturer Recommended Maintenance Schedules**<br>**Did you know?** Electric car batteries are covered by the original manufacturer warranty for a minimum of 8 years or 100,000 miles. Learn more |

Have Questions? Please visit our Help Center at www.carfax.com.

## CARFAX Glossary

**Accident Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada.

Not every accident is reported to CARFAX. As details about the accident become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- According to the National Safety Council, Injury Facts, 2021 edition, 5% of the 276 million registered vehicles in the U.S. were involved in an accident in 2019. Over 77% of these were considered minor or moderate.
- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 7/1/26 at 1:26:19 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the

following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**

A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:** **facebook.com/CARFAX** **@CARFAXinc** **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.

7/1/26 1:26:19 PM (CDT)