PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631

EXHIBIT
B

PROGRESSIVE
DIRECT Auto

**Policy Number:** [redacted]**4291**
Underwritten by:
Progressive Advanced Insurance Co
May 3, 2026
Policy Period: May 4, 2026 - Nov 4, 2026


KIA HUTCHINSON
3710 SOPHIA LN
BROOKHAVEN, PA 19015

**progressive.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-776-4737**
For customer service and claims service, 24 hours a day, 7 days a week.

# Auto Insurance Coverage Summary

## This is your Declarations Page

**THIS FORM IS NONPARTICIPATING WITH REGARD TO PAYING DIVIDENDS TO POLICYHOLDERS.**

Your coverage begins on May 4, 2026 at the later of 12:01 a.m. or the effective time shown on your application. This policy period ends on November 4, 2026 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611D PA (02/16). The contract is modified by forms Z357 (01/07), A230 (11/16) and A331 (11/21).

## COLLISION COVERAGE FOR RENTAL VEHICLES

**IF THIS POLICY PROVIDES COLLISION COVERAGE, IT WILL APPLY TO VEHICLES YOU RENT, BUT NOT TO VEHICLES RENTED FOR 6 MONTHS OR MORE.**

## FRAUD NOTICE

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## Policy changes effective May 4, 2026

Premium change: $0.00

## Underwriting Company

Progressive Advanced Insurance Co
P.O. Box 31260
Tampa , FL 33631
1-800-776-4737

## Drivers and household residents

**Kia Hutchinson**
Additional information: First Named insured

**Barry W Wyche**



Continued

## Outline of coverage

**2019 TESLA MODEL 3 4 DOOR SEDAN**

VIN: **5YJ3E1EB2KF487608**

Garaging ZIP Code: 19015

Primary use of the vehicle: Commute

Annual miles: 10,000 - 11,999

Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $277 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 68 |
| Medical Expenses | $5,000 each person | | |
| Uninsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 19 |
| Underinsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 39 |
| Comprehensive | Actual Cash Value | $1,000 | 147 |
| Collision | Actual Cash Value | $1,000 | 724 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 46 |
| Total premium for 2019 TESLA | | | **$1,320** |

**2018 JEEP GRAND CHEROKEE 4 DOOR WAGON**

VIN: **1C4RJFCT2JC244732**

Garaging ZIP Code: 19015

Primary use of the vehicle: Commute

Annual miles: 6,000 - 7,999

Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $228 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 58 |
| Medical Expenses | $5,000 each person | | |
| Uninsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 15 |
| Underinsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 31 |
| Comprehensive | Actual Cash Value | $1,000 | 211 |
| Collision | Actual Cash Value | $1,000 | 309 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 44 |
| Total premium for 2018 JEEP | | | **$896** |



Continued

**2018 DODGE CHALLENGER 2 DOOR SEDAN**

VIN: **2C3CDZAG3JH311358**

Garaging ZIP Code: 19015

Primary use of the vehicle: Pleasure/Personal

Annual miles: 0 - 3,999

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $353 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 68 |
| Medical Expenses | $5,000 each person | | |
| Uninsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 17 |
| Underinsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 36 |
| Comprehensive | Actual Cash Value | $1,000 | 284 |
| Collision | Actual Cash Value | $1,000 | 577 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 40 |
| Total premium for 2018 DODGE | | | **$1,375** |

**2019 TOYOTA COROLLA 4 DOOR SEDAN**

VIN: **2T1BURHE6KC154075**

Garaging ZIP Code: 19015

Primary use of the vehicle: Pleasure/Personal

Annual miles: 4,000 - 5,999

Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $282 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 80 |
| Medical Expenses | $5,000 each person | | |
| Uninsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 22 |
| Underinsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 45 |
| Comprehensive | Actual Cash Value | $1,000 | 119 |
| Collision | Actual Cash Value | $1,000 | 343 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 46 |
| Total premium for 2019 TOYOTA | | | **$937** |



Continued

**2016 JEEP GRAND CHEROKEE 4 DOOR WAGON**

VIN: **1C4RJEBG4GC369674**

Garaging ZIP Code: 19015

Primary use of the vehicle: Commute

Annual miles: 6,000 - 7,999

Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $288 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| First Party Benefits | | | 58 |
| Medical Expenses | $5,000 each person | | |
| Uninsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 15 |
| Underinsured Motorist - Stacked | $25,000 each person/$50,000 each accident | | 31 |
| Comprehensive | Actual Cash Value | $1,000 | 134 |
| Collision | Actual Cash Value | $500 | 295 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 46 |
| Total premium for 2016 JEEP | | | **$867** |
| **Total 6 month policy premium** | | | **$5,395.00** |

## Premium discounts

| Policy | |
|---|---|
| [redacted]4291 | Online Signature - First Policy Period Only, Electronic Funds Transfer (EFT), Online Quote, Multi-Car, Continuous Insurance: Silver and Paperless |

| Vehicle | |
|---|---|
| 2019 TESLA MODEL 3 | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2018 JEEP GRAND CHEROKEE | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2018 DODGE CHALLENGER | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2019 TOYOTA COROLLA | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2016 JEEP GRAND CHEROKEE | Driver and Passenger-side Airbag and Passive Anti-theft Device |

## Lienholder information

| **Vehicle** | **Lienholder** |
|---|---|
| 2019 TESLA MODEL 3<br>5YJ3E1EB2KF487608 | CAPITAL ONE AUTO FIN<br>MINNEAPOLIS, MN 55439 |
| 2018 JEEP GRAND CHEROKEE<br>1C4RJFCT2JC244732 | SANTANDER CONS USA<br>CARMEL, IN 46082 |
| 2018 DODGE CHALLENGER<br>2C3CDZAG3JH311358 | SANTANDER CONS USA<br>CARMEL, IN 46082 |



Continued

| Vehicle | Lienholder |
|---|---|
| 2019 TOYOTA COROLLA<br>2T1BURHE6KC154075 | BRIDGECREST ACCPT CO<br>PHOENIX, AZ 85062 |
| 2016 JEEP GRAND CHEROKEE<br>1C4RJEBG4GC369674 | EXETER FIN CORP<br>CARMEL, IN 46082 |

## Tort Option

This policy provides limited tort insurance.

## Company officers

President

Secretary