EXHIBIT
C

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Kia Venay Hutchinson,<br><br>*Debtor*. | Case No.: 26-12819-pmm<br><br>Chapter: 13 |

**Declaration of Kia Venay Hutchinson**

I, Kia Venay Hutchinson, declare as follows:

1. I am the Debtor in this Chapter 13 case. I am over 18 years of age. I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated in it.

2. I own, together with co-buyer Baneisha Wyche, a 2019 Tesla Model 3, VIN 5YJ3E1EB2KF487608 (the "Vehicle"), titled in both of our names. We bought the Vehicle on March 31, 2023, and since then I have possessed, driven, and maintained it.

3. As of July 1, 2026, the date I filed my Chapter 13 petition, the Vehicle's odometer read approximately 96,903 miles. The Vehicle's original factory warranty has expired.

4. From owning, driving, and maintaining the Vehicle since March 2023, I know its age, mileage, condition, accident history, and features. Based on that knowledge, in my opinion the Vehicle is worth no more than $18,670.

5. Exhibit A to my response to Capital One's objection to confirmation is a true and correct copy of a CARFAX Value Report for the Vehicle, which shows on its face that it was generated on July 1, 2026. I have reviewed Exhibit A. It correctly identifies the Vehicle by its vehicle identification number, and the history it describes, including my purchase of the Vehicle in

Pennsylvania in March 2023, matches my own knowledge of the Vehicle. Exhibit A states a CARFAX history-based retail value for the Vehicle of $18,670 as of July 1, 2026.

6. The Vehicle is insured. I received the declarations page for my automobile insurance policy from my insurer, and Exhibit B to my response is a true and correct copy of it. The policy, Progressive policy number XXXXX4291, underwritten by Progressive Advanced Insurance Co., covers the period May 4, 2026, through November 4, 2026, and provides comprehensive and collision coverage for the Vehicle. The policy is in effect, and my premium payments are current.

I declare under penalty of perjury that the foregoing is true and correct to the best of my know, information, and belief.

Date: August 30, 2026

/s/ Kia Venay Hutchinson
Kia Venay Hutchinson
*Debtor*