| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: Kia Venay Hutchinson,<br><br>*Debtor*. | Case No.:<br><br>Chapter: | 26-12819-pmm<br><br>13 |

**Order Overruling Capital One's Objection to Confirmation of Plan and Denying Dismissal or Conversion of Case**

**AND NOW**, upon consideration of the Objection to Confirmation of Amended Chapter 13 Plan filed by Capital One Auto Finance, a division of Capital One N.A. (ECF No. 26), and Debtor Kia Venay Hutchinson's response to it, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Objection is **OVERRULED**.

2. Capital One's request to dismiss this case or convert it to a case under Chapter 7 is **DENIED**.

Date:

______________________________
Patricia M. Mayer
U.S. Bankruptcy Judge