# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12819-pmm |
| Kia Venay Hutchinson, | Chapter 13 |
| Debtor. | |

**Notice of Hearing on Confirmation of Chapter 13 Plan and Modification of Secured Claim**

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

TO: Capital One Auto Finance, a division of Capital One N.A.

**YOU ARE HEREBY NOTIFIED THAT**:

1. The Debtor will seek approval of the enclosed chapter 13 plan at the confirmation hearing scheduled for October 13, 2026, at 1:00 p.m. via Zoom. For the Zoom link, see the current hearing calendar at https://www.paeb.uscourts.gov.

2. **The Plan proposes to modify your secured claim and lien without a separate motion.** The Plan itself serves as that motion.

3. **If you contest modification of your lien, you must file a written objection** in accordance with Fed. R. Bankr. P. 3015 and Local Bankr. R. 3015-4 on or before October 6, 2026. The Plan may be confirmed and become binding unless a written objection is filed.

4. The above hearing may be adjourned from time to time without further notice.

Date: August 30, 2026

Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*