# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Kia Venay Hutchinson,<br>Debtor. | Case No. 26-12819-pmm<br>Chapter 13 |

## Certificate of Service

I, Michael I. Assad, certify that on August 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan
- Notice of Hearing on Confirmation of Chapter 13 Plan and Modification of Secured Claim

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 30, 2026

/s/ Michael I. Assad

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Capital One Financial Corp.<br>1680 Capital One Drive<br>McLean, VA 22102-3491 | Creditor | ☒ First Class Mail<br>☒ Certified First Class Mail<br>#9407136208551292109462 |