EXHIBIT
A

## Ticket Details

| | |
|---|---|
| **Citation Number** | 5072604424394 |
| **Vehicle Make** | |
| **License Plate** | LRT4299 |
| **Vehicle Model** | |
| **State or Province** | PA |
| **Plate Expiration** | |
| **Issue Date** | 6/18/2026 |
| **Location** | NB 800 BLK N BROAD ST |
| **Violation** | SPEED CAMERA VIOLATION |
| **Amount Due** | $120.00 |
| **Due Date** | 9/9/2026 |
| **Officer** | |
| **Notes** | |

There may be a delay between when a ticket is issued and when images are available to be viewed on this website due to processing time.