Parking Violations Branch
P.O. Box 41819
Philadelphia, PA 19101

1-888-591-3636

Notice Date: 08/24/2026

EXHIBIT
B

City of Philadelphia

# BOOT AND TOW ELIGIBILITY NOTICE

Your failure to respond to prior notices regarding your **Speed Camera Enforcement** violation(s) has resulted in the assignment of your vehicle(s) to the BOOT AND TOW ELIGIBILITY FILE. All appropriate City agencies have been notified that your vehicle(s) have reached this status.

**The first late penalty of $20 has already been added to the original fine amount. Failure to make full payment within 30 days of the date of this notice will result in an additional $25 in penalties per violation (*Philadelphia Code* §12-3406(2)(ii)(iii)).**

**Be sure you understand the consequences of a booted or towed vehicle: *Your vehicle can be booted and towed. To get* your impounded vehicle back, you must first pay the total *Past Due Amount shown below PLUS all outstanding fines and* penalties on all other vehicles you own AND those you have owned in the past (Philadelphia Code, (12-2406)(2)).**

Payment instructions are below. Please reference the Notice Number listed below when making payment or inquiries. If you have questions, you may write to the Parking Violations Branch at the address above, or you may call 1-888-591-3636 Monday through Friday 8:00 AM to 8:00 PM EST. Please have this notice available when you call.

Helpful information can also be found on the Parking Authority's website at www.philapark.org, or visit us on Twitter or Facebook @PhilaParking.

**TOTAL DUE NOW: $120.00**

**NOTICE NUMBER:** 45558261028394

**Payment Instructions**

VISA | MasterCard | DISCOVER | AMERICAN EXPRESS Card

- **Online:** www.philapark.org
- **By telephone: 1-888-591-3636**
- **By mail:** Mail the coupon below along with your check or money order payable to the **City of Philadelphia** at the address below. Please write the Notice Number on your check.
  **Please Do Not Mail Cash!**
- **In Person:** Parking Violations Branch, 800 Arch Street, Philadelphia PA 19107, Monday – Friday 8:00 AM to 6:00 PM, Saturdays 9:00 AM to 1:00 PM.
  *(Returned checks are electronically re-presented and a fee charged as permitted in Pennsylvania)*

3003035-0003042-0000001 of 0000001-C03-P-0174-03038

***CUT HERE AND RETURN BELOW WITH CHECK IF MAILING PAYMENT***

PO Box 41818
Philadelphia, PA 19101
ADDRESS SERVICE REQUESTED

SC FINAL WARNING NOTICE 45
Plate/State/VIN:LRT4299 PA
Notice #: 45558261028394

**Total Due Now:** $120.00

08/24/2026

**MAIL PAYMENTS ONLY TO:**

**CITY OF PHILADELPHIA**
**PARKING VIOLATIONS BRANCH**
**P.O. Box 41818**
**Philadelphia, PA 19101**

3003035 01 H 0.672 **AUTO 12 0 0174 19015-104310 -C03-P03038-I

HUTCHINSON KIA V / BANEISHA WHITNEY WYCH
3710 SOPHIA LN
BROOKHAVEN, PA 19015-1043

PHILA 45558261028394 012000