**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: Kia Venay Hutchinson, *Debtor*. | Case No.: 26-12819-pmm<br>Chapter: 13 |

**Order Holding the Philadelphia Parking Authority
in Contempt for Violating the Automatic Stay**

**AND NOW**, upon consideration of the Verified Motion for Sanctions Against the Philadelphia Parking Authority ("PPA") for Violating the Automatic Stay filed by Debtor Kia Venay Hutchinson, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. PPA is **HELD IN CONTEMPT** for willfully violating the automatic stay.
3. PPA must pay the Debtor actual damages of $5,000.
4. PPA must pay the Debtor attorney's fees and costs in connection with enforcement of the automatic stay.
5. PPA must remit full payment to the Debtor's attorney within fourteen days after the entry of an order.
6. The Court retains jurisdiction to enforce and interpret this order.

Date:

______________________________
Patricia M. Mayer
U.S. Bankruptcy Judge