**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Kia Venay Hutchinson,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-12819-pmm |
| Chapter: | 13 |
| Hearing Date: | 10/14/2026 |
| Judge: | Patricia M. Mayer |

**Certificate of Service**

I, Michael I. Assad, certify that on September 3, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Verified Motion for Sanctions Against the Philadelphia Parking Authority for Violation of the Automatic Stay
- Notice of Motion, Response Deadline, and In-Person Hearing Date

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 3, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Philadelphia Parking Authority<br>800 Arch Street<br>Philadelphia, PA 19107 | Creditor | ☒ First Class Mail<br>☒ Fax<br>215-683-9974 |
| David Sunday<br>Attorney General of Pennsylvania<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Interested Party | ☒ First Class Mail |