| **United States Bankruptcy Court<br>Eastern District of Pennsylvania** | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: 26-12819-pmm<br>Chapter: 13 |
| In re: Kia Venay Hutchinson,<br>*Debtor*. | Hearing Date: September 23, 2026<br>Judge: Patricia M. Mayer |

**Praecipe to Withdraw Document**

**To the Clerk of Court:**

Please withdraw the Debtor's Limited Objection to Exeter Finance LLC's Motion for Relief from the Automatic Stay and Co-Debtor Stay filed at ECF No. 36. Thank you.

Date: September 18, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad