IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: KIA VENAY HUTCHINSON<br>**Debtor(s)** | CHAPTER 13 |
| EXETER FINANCE LLC<br>**Moving Party** | CASE NO. 26-12819-PMM |
| | 11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| KIA VENAY HUTCHINSON<br>BANEISHA WYCHE<br>**Respondent(s)** | HEARING DATE: **9-23-26 at 10:00 AM** |
| KENNETH E. WEST<br>**Trustee** | |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on August 18, 2026 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that although a limited objection to the Motion was filed, it was withdrawn on September 18, 2026, following the revision of the proposed Order. The revised proposed Order is attached hereto.

I respectfully request that the Court grant Exeter's Motion For Relief From The Automatic Stay And Co-Debtor Stay, enter the attached Order, and cancel the hearing scheduled for September 23, 2026.

Date: 9/18/26

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for Exeter Finance LLC