IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) 26-12819 (PMM) |
| KIA VENAY HUTCHINSON | ) |
| | ) |
| **Debtor(s)** | ) Chapter 13 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Exeter Finance LLC hereby certifies as follows:

1. I am the attorney for Exeter and am fully familiar with the facts of this case.
2. On September 18, 2026, I served by electronic means and/or by regular mail, a copy of the Certificate Of No Response and proposed Order to the following individuals:

Debtor
Kia Venay Hutchinson
4017 Maywood St.
Philadelphia, PA 19124

Co-Debtor
Baneisha Wyche
1945 N. Warnock St.,
Unit 6B
Philadelphia, PA 19122

Debtor's Attorney
Michael I. Assad, Esq.
Law Office of Mike Assad, P.C.
Suite 336
Cherry Hill, NJ 08002

Office of the US Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Kenneth E. West
Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Date: 9/18/2026

/s/ William E. Craig

William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania