IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: KIA VENAY HUTCHINSON<br>**Debtor(s)** | CHAPTER 13 |
| EXETER FINANCE LLC<br>**Moving Party** | CASE NO. 26-12819-PMM |
| | 11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| KIA VENAY HUTCHINSON<br>BANEISHA WYCHE<br>**Respondent(s)** | HEARING DATE: **9-23-26 at 10:00 AM** |
| KENNETH E. WEST<br>**Trustee** | |

MODIFYING

**ORDER ~~VACATING~~ THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY**

Upon the motion of Exeter Finance LLC under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJEBG4GC369674 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **September 21, 2026**

Patricia M. Mayer

HON. PATRICIA M MAYER
UNITED STATES BANKRUPTCY JUDGE