**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>KIA VENAY HUTCHINSON,<br><br>Debtor. | Chapter 13<br><br>Case No. 26-12819 - PMM |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

Please take notice that Patrick J. Doran, Esquire, hereby enters his appearance in the above-referenced bankruptcy proceeding on behalf of Philadelphia Parking Authority. Patrick J. Doran enters his appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Patrick J. Doran, Esquire hereby requests that he be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon him at the following addresses:

Patrick J. Doran, Esquire
**ARCHER & GREINER, P.C.**
1717 Arch Street, Suite 3500
Three Logan Square
Philadelphia, PA 19103
Telephone: 215-246-3175
Facsimile: 215-963-9999
Email: pdoran@archerlaw.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demands include not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger

delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceeding referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the Creditor's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

/s/ Patrick J. Doran
Patrick J. Doran
Attorney for Philadelphia Parking Authority

**OF COUNSEL**:
Archer & Greiner, P.C.
Three Logan Square
Suite 3500
Philadelphia, PA 19103
215-246-3175
Fax: 215-963-9999
pdoran@archerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| KIA VENAY HUTCHINSON, | Case No. 26-12819 - PMM |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Patrick J. Doran, Esquire, of Archer & Greiner, P.C., counsel for Philadelphia Parking Authority hereby certify that, on September 22, 2026, I caused to be served copies of the foregoing Notice of Appearance and Demand for Notices and Papers upon the parties listed on the attached Service List as indicated thereon.

/s/ Patrick J. Doran
Patrick J. Doran, Esquire
Archer & Greiner, P.C.
Three Logan Square
Suite 3500
Philadelphia, PA 19103
215-963-3300
pdoran@archerlaw.com
*Attorney for Philadelphia Parking Authority*

**SERVICE LIST**

**BY ELECTRONIC FILING**

Michael I. Assad, Esquire
Law Office of Mike Assad, P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002
mike@assad.law
Counsel for Debtor

Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107