IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: KIA VENAY HUTCHINSON<br>**Debtor(s)** | CHAPTER 13 |
| EXETER FINANCE LLC<br>**Moving Party** | CASE NO. 26-12819-PMM |
| | 11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| KIA VENAY HUTCHINSON<br>BANEISHA WYCHE<br>**Respondent(s)** | HEARING DATE: **9-23-26 at 10:00 AM** |
| KENNETH E. WEST<br>**Trustee** | |

**(AMENDED) ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY**

Upon the motion of Exeter Finance LLC under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified to permit Exeter to pursue the movant's in rem rights in the personal property described as a **2016 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJEBG4GC369674 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

UNITED STATES BANKRUPTCY JUDGE