IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: KIA VENAY HUTCHINSON | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| EXETER FINANCE LLC | ) | CASE NO. 26-12819-PMM |
| **Moving Party** | ) | |
| | ) | 11 U.S.C. 362 |
| v. | ) | |
| | ) | 11 U.S.C. 1301 |
| | ) | |
| KIA VENAY HUTCHINSON | ) | |
| BANEISHA WYCHE | ) | HEARING DATE: **9-23-26 at 10:00 AM** |
| **Respondent(s)** | ) | |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |
| | ) | |

**(AMENDED) ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY**

Upon the motion of Exeter Finance LLC under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified to permit Exeter to pursue the movant's in rem rights in the personal property described as a **2016 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJEBG4GC369674 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **September 22, 2026**

Patricia M. Mayer

UNITED STATES BANKRUPTCY JUDGE