United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-12819-pmm
Kia Venay Hutchinson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | # | Kia Venay Hutchinson, 4017 Maywood St, Philadelphia, PA 19124-5331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| GARRETT M. WILSON | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Kia Venay Hutchinson mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| PATRICK J. DORAN | on behalf of Interested Party Philadelphia Parking Authority pdoran@archerlaw.com skatz@archerlaw.com;dmcbride@archerlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

WILLIAM EDWARD CRAIG
on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: KIA VENAY HUTCHINSON<br>**Debtor(s)** | CHAPTER 13 |
| EXETER FINANCE LLC<br>**Moving Party** | CASE NO. 26-12819-PMM |
| | 11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| KIA VENAY HUTCHINSON<br>BANEISHA WYCHE<br>**Respondent(s)** | HEARING DATE: **9-23-26 at 10:00 AM** |
| KENNETH E. WEST<br>**Trustee** | |

**(AMENDED) ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY**

Upon the motion of Exeter Finance LLC under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified to permit Exeter to pursue the movant's in rem rights in the personal property described as a **2016 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJEBG4GC369674 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **September 22, 2026**

Patricia M. Mayer

UNITED STATES BANKRUPTCY JUDGE