# EXHIBIT 1

**PHILADELPHIA PARKING AUTHORITY**
**CITY OF PHILADELPHIA**
**COMMONWEALTH OF PENNSYLVANIA**
Speed Camera Enforcement Program
49 N 8th Street, Philadelphia, PA 19106

View your records online at
www.ViolationInfo.com

NOTICE #: **5072604424394**
PIN: **6211**

# NOTICE OF VIOLATION

**THE CITY OF PHILADELPHIA** VS.
**KIA V HUTCHINSON OR BANEISHA W WYCHE**
**3710 SOPHIA LN**
**BROOKHAVEN, PA 19015**

**ISSUE DATE:** 07/03/2026 **DUE DATE:** 08/02/2026

| VIOLATION DATE: | VIOLATION TIME: | FINE AMOUNT: |
|---|---|---|
| **06/18/2026** | **9:26:56 AM** | **$100.00** |
| LOCATION: **NB 800 BLK N BROAD ST** | | |
| SPEED: **38 MPH** | POSTED SPEED: **25 MPH** | |

Response to this Notice of Violation shall be made personally, by mail or by agent duly authorized in writing, within 30 days of the issue date. You must either, admit liability and pay the fine in full, OR request in writing a hearing to dispute this violation. Failure to return payment for the Notice of Violation OR to request a hearing within 30 days of mailing of the Notice of Violation shall be considered an admission of liability. You will lose your right to a hearing, additional late fees and penalties will be applied to the original fine making your vehicle eligible to be booted and towed. See reverse for payment and hearing request instructions.

I am a fully commissioned officer for the City of Philadelphia Police Department and am authorized to enforce the laws of the State of Pennsylvania. I have inspected the recorded images affixed to this Notice of Violation, and believe all the information to be true and correct, and that the vehicle was operated to a speed in excess of the posted speed limit. I hereby affirm and certify that these images evidence a violation of section 3370, or section 3371 if captured in a school zone, of Title 75 of the Pennsylvania Consolidated Statutes and The Philadelphia Code Chapter 12-3400.

P/O Ginocchio

ROBERT GINOCCHIO, City of Philadelphia Police Department








---

**The fastest and easiest way to pay is online!**
Go to www.ViolationInfo.com and enter with your NOTICE # and PIN.

| | | |
|---|---|---|
| **NAME:** KIA V HUTCHINSON OR BANEISHA W WYCHE | | **DUE DATE:** 08/02/2026 |
| **NOTICE NUMBER:** 5072604424394 | **VERSION:** 1 | **ISSUE DATE:** 07/03/2026 |
| **PLATE:** LRT4299 | **STATE:** PA | **PIN:** 6211 |

- √ Returned checks are electronically represented and charged the State allowed fee.
- √ Make your check or money order payable to the **Philadelphia Parking Authority**.
- √ DO NOT MAIL CASH.
- √ Write the Notice # on the front of your payment.
- √ Do not tape, staple, or paperclip items.
- √ If requesting a hearing, sign the reverse side of this notice.
- √ Insert this tear-off coupon in the enclosed envelope with the address (at the right) showing through the window.
- √ Payment is admission of liability.

**AMOUNT DUE: $100.00**

**Philadelphia Parking Authority**
**Speed Camera Enforcement**
**P.O. BOX 8268**
**Philadelphia, PA 19101**

1 5072604424394 000100368818 100003

## PAYMENT INSTRUCTIONS

**ONLINE PAYMENT:** The fastest and easiest way to pay is online. Go to www.ViolationInfo.com and log on with your Notice # and PIN shown on the front of this Notice. Click the Pay button. There is an additional fee for online payments.

**PAYMENT BY PHONE:** Call **1-866-790-4111**, available 24 hours a day, 7 days a week. There is an additional fee for phone payments.

**PAYMENT BY MAIL:** Mail your check or money order, payable to **Philadelphia Parking Authority**, in the enclosed envelope with the coupon printed at the bottom of the reverse side of this Notice. DO NOT MAIL CASH. Be sure to put the Notice # (see reverse) on the face of your payment. Returned checks will incur a $30.00 insufficient funds fee. If you have any questions, please call Customer Service at 1-866-790-4111.

**PAY CASH WITH MONEYGRAM:** Pay at the nearest CVS Pharmacy or Walmart, or to find a MoneyGram location nearest to you, call 1-800-926-9400 or visit www.moneygram.com/locations. Use receive code **18802**. There is a $4.99 fee for MoneyGram payments (subject to change).

**IN PERSON:** You can also pay in person at the Philadelphia Parking Authority walk-in office at: 49 N 8th Street, Philadelphia, PA 19106.

## VIEW YOUR IMAGES AND VIDEO

You may view your images online at www.ViolationInfo.com. You will need your Notice # and PIN shown on the front of this Notice. You may also log on to view Frequently Asked Questions (FAQs) and for documentation the automated traffic safety camera was operating correctly at the time of the violation.

## HEARING REQUESTS

If you want to schedule a hearing to dispute this Notice of Violation in person, within 30 days of the date of this Notice, sign using black ink, and submit the form at the bottom of this page, by inserting the tear-off coupon in the enclosed envelope with the address showing through the window, or in person at the Philadelphia Parking Authority walk-in office at: 49 N 8th Street, Philadelphia, PA 19106.

Be sure to enclose valid defense documents, which include the following: vehicle was sold at time of violation (provide proof of sale), and vehicle was stolen at time of violation (provide full police report). Requests regarding out-of-state vehicles require a copy of the vehicle registration.

Questions? Contact Customer Service at **1-866-790-4111**.

## AUTHORIZED AGENT FOR IN-PERSON HEARINGS

If you, the registered owner, wish to designate someone else to attend your hearing, you must provide your agent with written authorization to present at the time of the hearing. Enter the requested information below, sign this form and give it, along with any evidence (documents, statements, etc.) to your agent. Your agent must bring this signed form to the hearing.

I, ______________________ the registrant of the vehicle bearing Plate Number ______________
(Print Name) (Plate Number)

Hereby authorize ______________________________ to appear on my behalf.
(Agent's Name)

Signed, ______________________________ Date ______________

Detach here and return bottom portion as a request for an administrative hearing in person.

I submit this form as a **request for a hearing** regarding this Notice of Violation and acknowledge that it must be submitted to the Philadelphia Parking Authority within 30 days of the date of this Notice to be a valid request. I understand that I must attend this hearing in-person or designate someone to attend on my behalf. I also understand that I will be notified of the date, time and location of the hearing in writing.

5072604424394

Please sign and print name using blue or black ink.

______________________________
Signature

______________________________
Printed Name

______________________________
Phone Number